

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

NOTICE OF ORDER ON MOTION

Cause number: 01-13-00010-CV

Style: Debola George and Gifted Kids Child Care and Learning Center, Inc.

**v** Colony Builders, Inc.

Date motion filed[*]: April 12, 2013

Type of motion: Unopposed Motion to Extend Time to Mediate

Party filing motion: Appellant

Document to be filed:

Ordered that motion is:

☑ Granted
If document is to be filed, document due:

☐ The Clerk is instructed to file the document as of the date of this order
☑ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

**The deadline to mediate is extended to May 28, 2013.**

Judge's signature: /s/ Evelyn V. Keyes
☑ Acting individually    ☐ Acting for the Court

Panel consists of _____.

Date: April 16, 2013

November 7, 2008 Revision